PER CURIAM.
 

 We affirm the trial court’s denial of the appellant’s motion for postconviction relief. However, the trial court indicated that any farther postconviction motions regarding the underlying case will not be entertained. If a trial court wishes to bar the appellant from filing further postconviction motions, it must follow the dictates of
 
 State v. Spencer,
 
 751 So.2d 47 (Fla.1999), and provide the defendant with notice and an opportunity to respond through issuance of a show cause order. Accordingly, we affirm on the merits but reverse and remand for the trial court to comply with the requirements of
 
 Spencer.
 

 AFFIRMED in part; REVERSED in part and REMANDED for proceedings consistent with this opinion.
 

 BARFIELD, DAVIS, and ROBERTS, JJ., concur.